# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-3140-01-CR-S-DW |
| | ) | |
| STEVEN GOSLEE, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge James England's Report and Recommendation denying Defendant's Motions to Suppress Evidence. (Doc. No. 37.) Defendant filed objections to the Report and Recommendation. After an independent review of the record, the applicable law and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made a part of this Order, and denies Defendant's Motions to Suppress.

IT IS SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: July 8, 2005